# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| OLGA KUCERAK, INDEPENDENT ADMINISTRATOR OF THE ESTATE OF SUSAN M. WOOD, | § § § § | |
| *Plaintiff*, | § | SA-22-CV-00007-XR |
| v. | § § | |
| UNITED STATES OF AMERICA, | § § § | |
| *Defendant.* | § § | |

## ORDER SETTING STATUS CONFERENCE
## AND HEARING ON ALL PENDING MOTIONS

On this date, the Court considered the status of this case. This case is set for a status conference and hearing on all pending motions, if any, on **Tuesday, August 02, 2022** at **10:30 a.m.** The Courtroom Deputy shall inform the parties of the means by which the status conference will take place. The parties should be prepared to discuss all pending motions.

It is so **ORDERED**.

**SIGNED** June 6, 2022.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE