Case 5:22-cv-00007-XR   Document 22   Filed 04/25/23   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| OLGA KUCERAK, INDEPENDENT ADMINISTRATOR OF THE ESTATE OF SUSAN M. WOOD;<br>*Plaintiff*<br><br>-vs-<br><br>UNITED STATES OF AMERICA,<br>*Defendant* | § § § § § § § § § | SA-22-CV-00007-XR |

**ORDER**

Plaintiff and Defendant have informed the Court that they have reached a settlement in principle and are working towards finalizing written settlement documents. ECF No. 21. Accordingly, the parties filed a joint motion to stay the case. *Id*. This motion is **GRANTED**.

To ensure that this cause does not remain on the Court's docket in the absence of a live controversy, the Court vacates all remaining deadlines and settings and **ORDERS** the parties to submit a stipulation of dismissal or an agreed judgment and any appropriate supporting documents on or before **July 28, 2023**. Should the parties be unable to finalize the settlement and submit appropriate documents by that date, they must request an extension of time to do so.

It is so **ORDERED**.

**SIGNED** this April 25, 2023

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE