IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| OLGA KUCERAK, INDEPENDENT ADMINISTRATOR OF THE ESTATE OF SUSAN M. WOOD;<br>*Plaintiff*<br><br>-vs-<br><br>UNITED STATES OF AMERICA,<br>*Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | SA-22-CV-00007-XR |

## ORDER FOR ADVISORY

On this date, the Court considered the status of the above-captioned case. On April 21, 2023, the parties filed a joint motion to stay this case on the basis that the parties had settled and were compiling their dismissal documents. ECF No. 21. On April 25, 2023, the Court granted the parties' motion and ordered the parties to submit a stipulation of dismissal or agreed judgment and any supporting documents on or before July 28, 2023.

To date, the Court has not received the dismissal documents or a request for an extension to submit these documents. This Court **ORDERS** the parties to submit an Advisory to the Court by **August 7, 2023** advising when the parties will submit their necessary documentation.

It is so **ORDERED**.

**SIGNED** this 31st day of July, 2023.

_____
Xavier Rodriguez
United States District Judge